UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

| | |
|---|---|
| JINXIA GUO, | JUDGMENT |
| Plaintiff, | 21-CV-1427 (AMD) |
| v. | |
| ALEJANDRO MAYORKAS, Secretary,<br>Department of Homeland Security;<br>MERRICK GARLAND, Attorney General of<br>the United States; GREGORY RICHARDSON,<br>Acting Director of the USCIS, Texas Service Center, | |
| Defendants. | |

-----------------------------------------------------------------X

An Order of the Honorable Ann M. Donnelly, United States District Judge, having been filed on May 25, 2021, dismissing this action with prejudice, with each party to bear its own costs, expenses, and fees; it is

ORDERED AND ADJUDGED that this action is dismissed with prejudice, with each party to bear its own costs, expenses, and fees.

| | |
|---|---|
| Dated: Brooklyn, NY<br>May 25, 2021 | Douglas C. Palmer<br>Clerk of Court |
| | By: */s/Jalitza Poveda*<br>Deputy Clerk |